# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*In re*: Carla S. Graves,
Attorney at Law, Bar No. 5337

Case No. 2:24-ms-00059-APG

**ORDER OF SUSPENSION**

Attorney Carla S. Graves, State Bar No. 5337, was suspended by the Supreme Court of Nevada on July 2, 2024. On October 28, 2024, the court ordered Ms. Graves to show cause why this court should not impose reciprocal discipline and suspend her. ECF No. 1. That order was mailed via certified mail. However, the order was returned from the United States Postal Service marked "Return to Sender-Attempted- Not Known-Unable to Forward." Regardless, the order provided Ms. Graves with 30 days to respond with reasons why she should not be suspended. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Carla S. Graves, Bar No. 5337, is suspended from practice in United States District Court for the District of Nevada.

DATED THIS 19th Day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 31 day of __December__ 2024, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Carla S. Graves
    15969 E. Nassau Ave.
    Aurora, CO 80014

    Certified Mail No.: 7020 3160 0000 7420 2077

    /s/ Sharon H.
    Deputy Clerk
    United States District Court,
    District of Nevada